[No. 21539-3-III.   Division Three.   July 10, 2003.]

LEROY CAIN, ET AL., *Appellants*, v. THE CITY OF RICHLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-2-00188-4, Carolyn A. Brown, J., entered October 3, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[Nos. 47493-6-I; 48515-6-I;   Division One.   July 14, 2003.]
   50501-7-I.

THE STATE OF WASHINGTON, *Respondent*, v. PRIESTLEY THOMPSON, *Appellant*.

*In the Matter of the Personal Restraint of* PRIESTLEY THOMPSON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07236-3, Charles W. Mertel, J., entered October 20, 2000, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *denied* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 50180-1-I.   Division One.   July 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEROY HAMMOND, SR., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-1-09304-3, Cheryl B. Carey, J., entered January 24 and March 13, 2002. *Reversed* by unpublished opinion per Baker, J, concurred in by Coleman and Ellington, JJ.